Burglary, second degree.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

46 So.2d 864

**Birtrue Malcolm (alias) MURPHREE v. STATE.**
**6 Div. 966.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Petit larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

51 So.2d 916

**Willie D. NAPPER v. STATE.**
**6 Div. 210.**

Court of Appeals of Alabama.
Feb. 20, 1951.

Appeal from Circuit Court, Jefferson. County; Alta L. King, Judge.

PER CURIAM.
Appeal dismissed.

44 So.2d 919

**R. E. NELMS v. STATE.**
**8 Div. 778.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from County Court, Jackson County; John K. Thompson, Judge.

Reckless driving.

HARWOOD, Judge.

Affirmed; remanded for proper sentence in accordance with Code 1940, Tit. 15, § 342.

47 So.2d 924

**Sellie P. NESMITH v. STATE.**
**8 Div. 824.**

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Circuit Court, Lawrence County; Newton B. Powell, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

49 So.2d 926

**H. H. (alias Henry) NEWELL v. STATE.**
**6 Div. 89.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

47 So.2d 925

**Hugh Wallace NEWTON v. STATE.**
**8 Div. 909.**

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Morgan County; Newton B. Powell, Judge.

Burglary, second degree.